RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: 510-763-9967
Facsimile: 510-380-6551
rsp@rspollocklaw.com

Attorney for Defendant
NAS MESHAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NAS MESHAL,<br><br>    Defendant.<br>                                                        / | CR. 2:24-0071-DJC<br><br>**WAIVER OF APPEARANCE UNDER FR.CRIM.P. 43**<br><br>Hearing Date: January 16, 2025<br>Hearing Time: 9 a.m.<br>Court: HON. DANIEL J. CALABRETTA |

### WAIVER OF APPEARANCE

Defendant hereby waives his right to be personally present in open court for the hearing of any status conference, motion or other proceeding in this case, except that he will agree to be personally present for any plea, sentencing or jury trial, and he agrees to be personally present in court when ordered by the court to be present.

Defendant hereby requests the court to proceed in his absence. Defendant agrees that his interests will be deemed represented at all times by the presence of his undersigned attorney, the same as if he were personally present. Defendant further agrees to be present in court ready for trial on any date set by the court in his absence.

Defendant further acknowledges that he has been informed of his rights under the Speedy Trial Act (Title 18 U.S.C.§3161-3174), and he has authorized his undersigned attorney to set times for

WAIVER OF APPEARANCE PURSUANT TO FR.CRIM.P.43
UNITED STATES V. MESHAL, CR. 2:24-CR-0071-DJC

hearings and to agree to delays under the provisions of the Speedy Trial Act without being present.

The original signed copy of this document will be kept in counsel's file.

Date: January 10, 2025              /s/NAS MESCAL
                                    Defendant NAS MESHAL


Date: January 10, 2025              /s/ RANDY SUE POLLOCK
                                    RANDY SUE POLLOCK
                                    Counsel for Defendant NAS MESHAL


Date: January 13, 2025              /s/ Daniel J. Calabretta
                                    THE HONORABLE DANIEL J. CALABRETTA
                                    UNITED STATES DISTRICT JUDGE

WAIVER OF APPEARANCE PURSUANT TO FR.CRIM.P.43
UNITED STATES V. MESHAL, CR. 2:24-CR-0071-DJC