RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: 510-763-9967
Facsimile:  510-380-6551
rsp@rspollocklaw.com

Attorney for Defendant
NAS MESHAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. 2:24-0071-DJC-SCR |
| Plaintiff, | |
| v. | **STIPULATION AND PROPOSED ORDER TO PERMIT DEFENDANT TO OBTAIN U.S. PASSPORT FROM PRETRIAL SERVICES** |
| NAS MESHAL, | |
| Defendant. | |

Defendant Nas Meshal, by and through his counsel Randy Sue Pollock, and Assistant United States Attorneys Katherine T. Lydon and Shea Kenny hereby stipulate and agree that defendant's United States passport, presently in the possession of the Office of Pretrial Services, may be provided to the defendant so that he may renew his passport before it expires.  The passport shall be sent to the Office of Pretrial Services in the Central District of California, Southern Division, who will then provide it to the defendant for the limited purpose of renewing his passport.  The passport shall be returned to this district no later than November 1, 2025.

Date:  October 6, 2025                                      /s/*RANDY SUE POLLOCK*
                                                            RANDY SUE POLLOCK
                                                            Counsel for Defendant NAS MESHAL

Date: October 6, 2025                     */s/KATHERINE LYDON*
                                          KATHERINE T. LYDON
                                          SHEA KENNY
                                          Assistant United States Attorneys

SO ORDERED

Date: October_6, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

_____

STIPULATION TO RELEASE PASSPORT TO DEFENDANT
UNITED STATES V. MESHAL, CR. 2:24-CR-0071-DJC