**Damon Alimouri** (SBN: 308453)
595 E. Colorado Blvd. #518
Pasadena, CA 91101
Phone: 626-314-3595
Fax: 626-270-4377
Email: damon@alimourilaw.com

Attorney for Defendant
NAS MESHAL

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HOSAAM HEMDAN, et al.<br><br>Defendant. | Case No.: 2:24-CR-00071-DJC-7<br><br>**WAIVER OF PERSONAL APPEARANCE** |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, Defendant NAS MESHAL hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other action is taken by the Court before or after trial, except upon such critical stages as an arraignment, change of plea, empanelment of jury and imposition of sentence.

///

///

///

///

Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in person in court ready for trial on any day which the Court may fix in his absence.

DATED: August 30, 2026

/s/ *Nas Meshal*
NAS MESHAL
Defendant

DATED: August 30, 2026

/s/ *Damon Alimouri*
DAMON ALIMOURI
Attorney for Defendant

**IT IS SO ORDERED.**

Dated: August 31, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE